UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                                                          Case No. 13-52098

Kimberlee Duncil

    Debtor                                                          Chapter 13 (Judge Hoffman)

### NOTICE OF CHANGE OF ADDRESS

The address for Kimberlee Duncil has changed.  The new address is:

    608 Mozart Way
    McKinney TX 75070

    /s/ Pamela N. Maggied
    Pamela N. Maggied, Case Attorney (#0013260)
    PAMELA N. MAGGIED CO., LPA
    50 West Broad Street, Suite 1200
    Columbus OH 43215
    *maggiedlaw@midohio.twcbc.com*
    Telephone:  614-464-2236
    Fax:  614-464-3823

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Change of Address will be served electronically via CMECF, this 9th day of November 2016, on Faye D. English, Chapter 13 Trustee; and on the Ass't. US Trustee; and on any other party who requested electronic service of all pleadings in the case.

    /s/ Pamela N. Maggied
    Pamela N. Maggied, Case Attorney