UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                                                  Case No. 13-52098

Kimberlee Duncil

      Debtor                                              Chapter 13 (Judge Hoffman)

## NOTICE OF CHANGE OF ADDRESS

The address for Kimberlee Duncil has changed.  The new address is:

      4799 Haley Way
      Grove City OH 43123

   /s/  Pamela N. Maggied
Pamela N. Maggied, Case Attorney (#0013260)
PAMELA N. MAGGIED CO., LPA
50 West Broad Street, Suite 1200
Columbus OH 43215
*maggiedlaw@midohio.twcbc.com*
Telephone:  614-464-2236
Fax:  614-464-3823

## CERTIFICATE OF SERVICE

All ECF participants registered in this case were served electronically on the date of filing of the Notice of Change of Address through the court's ECF System at the email address registered with the court.

   /s/ Pamela N. Maggied
Pamela N. Maggied,  Case Attorney